# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141049-51

ROBIN DECKER, as Next Friend of ERIC
DECKER, a Minor,
      Plaintiff-Appellee,

v

MICHAEL STOIKO, M.D., SPECTRUM
HEALTH HOSPITALS, INC., d/b/a
BUTTERWORTH HOSPITAL, and
SPECTRUM HEALTH HOSPITALS, INC.,
d/b/a DEVOS CHILDREN'S HOSPITAL,
      Defendants-Appellants,

and

MICHAEL ROCHOWIAK, D.O., ALBERTO
BETANCOURT, M.D., CARSON CITY
HOSPITAL, d/b/a CENTER FOR
WOMEN'S HEALTH CARE, and CARSON
CITY HOSPITAL, INC.,
      Defendants-Appellees,

and

BLUE CROSS BLUE SHIELD,
      Intervening Plaintiff.
_____/

SC: 141049-51
COA: 284155; 285870; 290633
Montcalm CC: 06-007819-NH

On order of the Court, the application for leave to appeal the March 30, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk

d1115